# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2442

_____

| | |
|---|---|
| Spencer Pierce, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Southern |
| | * District of Iowa. |
| John Baldwin, Director of IDOC, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: April 30, 2012
Filed: July 23, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Spencer Pierce appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, see Hartsfield v. Nichols, 511 F.3d 826, 829 (8th Cir. 2008), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.